```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 08 B 05807
   MICHELE E MARITATO
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8917


--------------------------------------------------------------------------------
           TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/12/2008 and was not confirmed.

    The case was converted to chapter 7 without confirmation 05/27/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
SAFEWAY INSURANCE CO    UNSEC W/INTER    17279.34           .00            .00
WASHINGTON MUTUAL BANK  CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK  MORTGAGE ARRE   25840.00           .00            .00
WILLIS LINDSAY C O      SECURED          7000.00           .00            .00
NICOR GAS CO            UNSECURED         974.52           .00            .00
AT&T/SBC                UNSECURED         740.19           .00            .00
WESTBROOK TERRACE TWNHM SECURED NOT I    1702.50           .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED       1272.92           .00            .00
CHASE AUTO FINANCE      SECURED NOT I   14680.80           .00            .00
PAUL C SHEILS           DEBTOR ATTY          .00                          .00
TOM VAUGHN              TRUSTEE                                           .00
DEBTOR REFUND           REFUND                                            .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------    --------------
TOTALS                      .00                     .00
```

           PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 05807 MICHELE E MARITATO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 08/20/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```